IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-709-DCK

| | |
|---|---|
| LISA S. HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE PRESBYTERIAN HOSPITAL, a/k/a ) | |
| NOVANT HEALTH PRESBYTERIAN ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge Jurisdiction pursuant to 28 U.S.C. § 636(b). It appears that the parties were to complete mediation by November 1, 2015; however, no report has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall file, jointly if possible, a **Status Report** on or before **November 16, 2015**. In the alternative, the parties may file a Mediation Report, and/or a Stipulation of Dismissal, on or before **November 16, 2015**.

**SO ORDERED**.

Signed: November 9, 2015

David C. Keesler
United States Magistrate Judge