# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-709-DCK

| | |
|---|---|
| LISA S. HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE PRESBYTERIAN HOSPITAL, a/k/a ) | |
| NOVANT HEALTH PRESBYTERIAN ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 10) notifying the Court that the parties reached a settlement on December 1, 2015. The Court commends the parties and counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 31, 2015**.

**SO ORDERED**.

Signed: December 8, 2015

David C. Keesler
United States Magistrate Judge